# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Michee Muzi, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:14-cv-00015-O |
| v. | : |
| American InterContinental University, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel, that pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Jenny DeFrancisco | /s/ Terance A. Gonsalves |
| Jenny DeFrancisco, Esq. | John Allen Chalk, Esq. |
| CT Bar No.: 432383 | Thomas F. Harkins, Jr., Esq. |
| LEMBERG LAW, L.L.C. | WHITAKER CHALK SWINDLE & |
| 1100 Summer Street, 3rd Floor | SCHWARTZ PLLC |
| Stamford, CT 06905 | 301 Commerce Street, Suite 3500 |
| Telephone: (203) 653-2250 | Fort Worth, TX 76102-4135 |
| Facsimile: (203) 653-3424 | Telephone: (817) 878-0500 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Michee Muzi | |
| | Terance A. Gonsalves (pro hac vice) |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 525 West Monroe Street |
| | Chicago, IL 60661-3693 |
| | Telephone: (312) 902-5200 |
| | |
| | Stuart M. Richter (pro hac vice) |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 2029 Century Park East, Suite 2600 |
| | Los Angeles, CA 90067-3012 |
| | Telephone: (310) 788-4400 |
| | stuart.richter@kattenlaw.com |
| | Attorneys for Defendant |
| | American InterContinental University |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was filed and served electronically via the Electronic Document Filing System of the U.S. District Court for the Northern District of Texas.

                        By  */s/ Jenny DeFrancisco*
                              Jenny DeFrancisco, Esq.

151095